UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14079-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA
    Plaintiff,

vs.

IGNACIO RAMIREZ-BELLO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on November 16, 2007. A Report and Recommendation was filed on December 5, 2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the three Count Indictment which charges the Defendant in Count One, with being an alien having been deported on April 14, 2001, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for the department of Homeland Security as designated by Title 6, United States Code, Sections 202(3) and 202(4), and 557, having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a).

In Count Two, for the purpose of obtaining a thing of value from a person, that is, for employment notwithstanding his ineligibility under federal law, as an alien, to be hired, did knowingly and with the intent to deceive, falsely represent a number to be the social security number assigned by the Commissioner of Social Security, that is Social Security Number 211-09-XXXX, to him, when in fact that number is not the social security account number assigned by the Commissioner of Social Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

In Count Three, during and in relation to a felony violation of Title 42, United States Code, Section 408(A)(7)(b), knowingly and willingly transferred, used and possessed, without lawful authority, a means of identification of another person, that is, Social Security Number 211-09-XXXX, in violation of Title 18, United States Code, Section 1028A.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of December, 2007.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
   All Counsel Of Record
   U.S. Probation Office